AO 91 (Rev. 11/11) Criminal Complaint

United States District Court
Southern District Of Texas
FILED

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

NOV 05 2019

David J. Bradley, Clerk

| United States of America | ) |
| --- | --- |
| v. | ) |
| Arturo ILLESCAS<br>US Citizen<br>YOB:1984 | ) Case No. M-19-2715-M |
| | ) |
| Defendant(s) | ) |


SEALED

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __06/28/2019 to 09/06/19__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| Title 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute over 50 grams of methamphetamine |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

Approved:
Robert Wells Jr. AUSA
11-4-2019

_____
Complainant's signature

Ryan J. Hammer, Special Agent FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 11/5/2019

_____
Judge's signature

City and state: McAllen, Texas    J. Scott Hacker, United States Magistrate Judge
Printed name and title

# Attachment "A"

## Affidavit in Support of Complaint

I, Ryan J. Hammer, being first duly sworn, state as follows:

### Introduction

1.  I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been so employed since June of 2016. I am currently assigned to the San Antonio Division, McAllen office where I conduct a variety of investigations pertaining to gangs and violent crime. I attended the FBI Academy in Quantico, Virginia, which entailed 21 weeks of training in law enforcement and investigative activities. In the performance of my duties, I have investigated and assisted in the investigation of violent criminal organizations to include home invasion crews, gangs, kidnappings, and assaults on federal officers. I have received training from the FBI pertaining to the investigation of such matters to include extensive training on cellphone analysis and call detail records, as well as social media accounts and their analysis. In addition, I have conferred with FBI colleagues with extensive training and experience in the investigation of violent criminal organizations.

2.  The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. Your affiant knows that it is a violation of Title 21 United States Code Section 841(a)(1) to manufacture, distribute, or dispense, or possess with intent to manufacture, distribute or dispense, a controlled substance.

3.  Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of the offenses listed above have been committed by Arturo **ILLESCAS** (hereinafter "**ILLESCAS**").

### Facts Supporting Probable Cause

4.  Beginning on or about June 28th, 2019 and continuing through July 19, 2019, your affiant and investigators with the FBI utilized a FBI confidential human source (CI#1) to record several phone calls with **ILLESCAS**. In these phone calls, **ILLESCAS** offered to sell CI#1 handguns, rifles, and methamphetamine.

5. On July 18, 2019 and July 19, 2019, your affiant and investigators with the FBI utilized CI#1 to make several recorded calls with **ILLESCAS**, in order to arrange a methamphetamine transaction. In these calls, the amount of methamphetamine and the cost were discussed. On July 19, 2019, under the direction and surveillance of your affiant and investigators with the FBI, CI#1 conducted a controlled purchase of approximately 64.8 grams of methamphetamine from **ILLESCAS**. On the morning of July 19, 2019, **ILLESCAS** met CI#1 in San Juan, Texas. CI#1 provided **ILLESCAS** with $800.00 USD in exchange for two plastic bags containing a white crystal substance suspected to be methamphetamine. The first bag weighed approximately 33.1 grams and the second bag weighed approximately 31.7 grams. Investigators with the FBI later field tested both bags and both tested positive for the presence of methamphetamine.

6. On September 6, 2019, Investigators with the Alamo, Texas Police Department (PD) conducted a traffic stop on a black Cadillac CTS and the male driver was identified as Arturo **ILLESCAS**. During a pat down for officer safety, Alamo PD Investigators came across a plastic bag on the person of **ILLESCAS** which contained a green leafy substance which later field tested positive for marijuana and a clear plastic bag with a crystal like substance that later field tested positive for methamphetamine. Alamo PD later conducted measurements of the seized narcotics. The methamphetamine was later weighed to be approximately 5.76 gram, the marijuana weighed approximately 0.8 grams, and the THC Oil weighed approximately 1.0 grams.

7. **ILLESCAS** is a known gang member and has a prior felony conviction for aggravated assault with a deadly weapon in 2014.

### Conclusion

8. As a result of the controlled purchase, investigators have probable cause to believe that **ILLESCAS** knowingly and willfully manufactured, distributed, or dispensed, or possessed with intent to manufacture, distribute or dispense, a controlled substance.

9. Based on the aforementioned factual information, your Affiant respectfully submits that **ILLESCAS** did commit a violation of Title 21 United States Code Section 841(a)(1).

Ryan Hammer
Special Agent
Federal Bureau of Investigation


Sworn to and subscribed before me this 5th day of November, 2019.

J. Scott Hacker
United States Magistrate Judge